IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| CHANTELL R. MAZOROS, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 111252N |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | |
| Defendant. | ) | **DECISION OF DISMISSAL** |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was held in this matter on February 15, 2012, during which Plaintiff's authorized representative stated that Plaintiff may not wish to continue this appeal. Plaintiff agreed to file a written status report within 14 days of the conference on February 15, 2012, stating whether Plaintiff wished to continue her appeal. The court did not receive any response from Plaintiff and issued a Journal Entry on March 5, 2012, stating that Plaintiff shall file a written status report within 14 days of the court's Journal Entry stating whether she wishes to continue her appeal. The court's Journal Entry warned that failure to file a status report without 14 days of the Journal Entry would result in dismissal of Plaintiff appeal.

As of the date of this Decision, the court has not received Plaintiff's written status report or any further communication from Plaintiff. Under such circumstances, the court finds that this matter should be dismissed for lack of prosecution. Now, therefore,

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter is dismissed.

Dated this ⎯⎯ day of March 2012.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
ALLISON R. BOOMER
MAGISTRATE PRO TEMPORE

*If you want to appeal this Decision, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Decision or this Decision becomes final and cannot be changed.*

*This document was signed by Magistrate Pro Tempore Allison R. Boomer on March 27, 2012. The Court filed and entered this document on March 27, 2012.*